in bridge structural work, who had worked for different employers. His testimony is to the effect that he had seen in use some of such cars in some of his employments, which were equipped with stanchions. To meet this testimony, the defendant called five witnesses, of whom but one was its employé, a though another had once worked for it. These witnesses appear as men of affairs and of wide experience. Their testimony is to the effect that such cars were not supplied with stanchions, and that the car in question was like unto that kind almost universally used in like work by other constructors of standing and of importance. I think that the judgment and order should be reversed, and that a new trial should be granted; costs to abide the event.

CARR, J., concurs.

LUISI, Appellant, v. BROOKLYN UNION GAS CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Congetta Luisi, administratrix, etc., of Frank Luisi, deceased, against the Brooklyn Union Gas Company. No opinion. Order denying motion for a new trial unanimously affirmed, with costs.

McADAMS, Appellant, v. LAWN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Sarah McAdams against William E. Lawn and another. No opinion. Judgment affirmed, with costs.

McDONALD v. DEGNON–McLEAN CONTRACTING CO. et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by John P. McDonald against the Degnon-McLean Contracting Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 App. Div. 411, 125 N. Y. Supp. 295.

McGRATH et al. v. RUDOLPH WURLITZER CO. (Supreme Court, Appellate Term. January 5, 1911.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Thomas J. McGrath and another against the Rudolph Wurlitzer Company. From a judgment in favor of plaintiffs, defendant appeals. Reversed. Kramer & Bourke, for appellant.

PER CURIAM. It is impossible to see from this record how the trial court arrived at the judgment rendered or what disposition was made of the defendant's counterclaim. It is also clear that improper evidence was admitted on the question of damages. The judgment must therefore be reversed, and a new trial ordered, with costs to the appellant to abide the event.

McGUIRE, Appellant, v. HUGHES, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Constantine J. McGuire against Margaret E. Hughes. J. C. McGuire, for appellant. C. Strauss, for respondent. No opinion.

126 N.Y.S.—72

Order affirmed, with costs. Order filed. See, also, 124 App. Div. 925, 109 N. Y. Supp. 1137; 126 App. Div. 637, 111 N. Y. Supp. 153; 136 App. Div. 933, 120 N. Y. Supp. 1133.

McMILLAN, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by William S. McMillan against William F. Williams. No opinion. Judgment affirmed, with costs.

In re MADDEN. (Supreme Court. Appellate Division, First Department. November 2, 1910.) In the matter of Joseph J. Madden. No opinion. Order affirmed. Order filed. See, also, infra.

MADDEN, Respondent, v. BELL, Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by John E. Madden against Louis V. Bell. E. J. McCrossin, for appellant. E. L. Kalish, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. Order filed.

MADDEN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Daniel Madden against the City of New York. J. Mulholland, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

MADDEN v. WALDMAN. (Supreme Court, Appellate Division, First Department. November 2, 1910.) In the matter of Joseph J. Madden against William Waldman. No opinion. Order reversed, and action of board of elections confirmed. Order filed. See, also, supra.

MALKE, Respondent, v. PIONEER S. S. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Bertha Malke, as administratrix, etc., against the Pioneer Steamship Company and another. No opinion. Judgment and orders affirmed, with costs.

In re MALONE. In re GRIMES' ESTATE. LAW v. PEOPLE. (Supreme Court. Appellate Division, Third Department. December 9, 1910.) In the matter of judicial settlement of accounts of Owen J. Malone, administrator, etc., of Catharine Grimes, deceased. In the matter of proving the kinship on the estate of Catharine Grimes, deceased. Action by Frederick W. Law, as executor of John Nolan, deceased, against the People of the State of New York. No opinions. Motions granted, without costs.

MASI, Appellant, v. GIORGIO et al., Respondents. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Carmine Masi against Michael Giorgio and others. S. Sugarman, for appellant.